WARREN DELANO, JR. & others *vs.* ALDEN WILDE & others.

The reversal of a judgment which has been satisfied by levy on real estate, and the recovery of possession by writ of entry against the judgment creditor, discharge a mortgage made by the latter to one who took it in good faith.

BILL IN EQUITY. The parties stated this case : Wilde recovered judgment in the court of common pleas against Delano and Horton, (who held the land in trust for Greene and others,) took out execution thereon, and levied it on land in Lenox, which was set off to him, and by him mortgaged to the other defendants, who supposed he had a good title. That judgment was reversed by this court at September term 1857, upon a writ of error sued out by Horton and Delano. *Horton* v. *Wilde*, 8 Gray, 425. Wilde remained in possession until May 1858, when it was recovered from him upon a writ of entry brought by Greene, who had acquired the title of the other *cestuis que trust* and of Delano and Horton. Within a year after the levy, and before the reversal of the judgment, Delano and Horton, together with Greene and the other *cestuis que trust*, joined in this bill, seeking for a redemption of the land if the judgment should be affirmed, and for a conveyance of the land and a discharge of the mortgages if the judgment should be reversed.

*J. D. Colt*, for the plaintiffs.

*M. Wilcox*, for the defendants.

METCALF, J. When a judgment is reversed, which has been satisfied by a levy on the debtor's personal property, or by his paying money, he is entitled to restitution of the amount which he has lost. If the levy was made on his real estate, he may recover it, with rents and profits, in a writ of entry against the levying creditor or such creditor's grantee ; his rights being, in this commonwealth, like those of a judgment debtor whose property has been taken on a writ of *elegit* in England. 1 Rol. Ab. 778. Bac. Ab. Error, M. 3. *Sympson* v. *Juxon*, Cro. Jac. 699. *Goodyer* v. *Ince*, 2 Brownl. 208, and Gro. Jac. 246. *Cum-*

*mings* v. *Noyes,* 10 Mass. 434. *Kennedy* v. *Duncklee,* 1 Gray, 67, 68. Rev. Sts. *c.* 101, § 14.

The decree in this case must be, that the mortgages made by Wilde be discharged. The mortgagees have no better title than Wilde had. His title was under a levy of an execution issued on a judgment which has been reversed. By that reversal the levy was avoided, and Delano and Horton, the . judgment debtors, were restored to their full right to the estate which was levied on, and may enforce that right, as well against the mortgagees as against Wilde.

*Decree that the mortgages be discharged.*